## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:26-CV-00670-AT

Date Filed: 1/26/2026

Plaintiff: **Eric Flores, on behalf of himself and all others similarly situated**

vs.

Defendant: **Fullbeauty Brands, Inc.**

**State of New York, County of Albany)ss.:**

For:
Israel David LLC
60 Broad Street
Suite 2900
New York, NY 10004

Received these papers to be served on **FULLBEAUTY BRANDS, INC.**.

I, Dylan Jones, being duly sworn, depose and say that on the **30th day of January, 2026 at 3:15 pm**, I:

served **FULLBEAUTY BRANDS, INC.** by delivering two true copies of the **Summons in a Civil Action, Class Action Complaint with Demand for Jury Trial and Civil Cover Sheet pursuant to New York State Section 306 BCL together with statutory service fee in the amount of $40.00** to **Alex Jones**, Authorized to Accept Service, as **Office Assistant 1** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named company, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 6'1", Weight: 225, Hair: Brown, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action. I declare under the penalty of perjury that this information is true.

_Dylan Jones_
Dylan Jones

Subscribed and Sworn to before me on the 5th day of February, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC
Patricia A. Burke
NOTARY PUBLIC-STATE OF NEW YORK
No.: 01BU4922372
Qualified in Albany County
My commission Expires February 28, 2026

Our Job Serial Number: SRN-2026000881
Ref: 1508851